74261.05

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADAM TIMMERMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **NATIONAL CAR CURE, LLC, et al.** <br><br> Defendants. | Case No. **20-cv-590-NJR** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Adam Timmerman ("Plaintiff") and Defendants National Car Cure, LLC, SunPath LTD and SunPath Funding, LLC ("Defendants") submit this Joint Stipulation of Dismissal With Prejudice, and in support, state as follows:

1. Plaintiff and Defendants have reached an agreement to settle all claims by and between them in the above-captioned action and stipulate and agree, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this action, and all claims for relief and causes of action alleged herein, shall be dismissed with prejudice.

2. Each party shall bear its attorneys' fees and costs incurred in connection with this matter.

WHEREFORE, Plaintiff and Defendants hereby request that this Court enter an order of dismissal, with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: July 16, 2020 | Respectfully Submitted, |
| By: s/ *Jeffrey H. Kass* <br> Jeffrey H. Kass, #6231029 <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 1700 Lincoln Street, Suite 4000 <br> Denver, Colorado 80203 <br> Tel.:   (303) 861-7760 <br> Fax:   (303) 861-7767 <br> Jeffrey.Kass@LewisBrisbois.com <br> *Attorneys for Plaintiff* | By: s/ *Charles J. Swartwout* <br> Charles J. Swartwout, Esq. <br> BOYLE BRASHER LLC <br> 5000 West Main Street <br> P.O. Box 23560 <br> Belleville, IL 62223-0560 <br> Tel.:   618.277.9000 <br> Fax:   618.277.4594 <br> cswartwout@boylebrasher.com <br> *Counsel for Defendants* |

4827-4010-4899.1

## CERTIFICATE OF SERVICE

       Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned certifies that on this 16th day of July, 2020, the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed electronically with the Court using the CM/ECF system, which action caused automatic electronic notice of such filing to be served upon the following:

Charles J. Swartwout, Esq.
Boyle Brasher LLC
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560
Tel.:   618.277.9000
Fax:   618.277.4594
cswartwout@boylebrasher.com
*Counsel for Defendants*

                                      *s/ Jeffrey H. Kass*