IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ADAM TIMMERMAN,

       **Plaintiff,**

v.

       **Case No. 3:20-CV-590-NJR**

NATIONAL CAR CURE, LLC,
SUNPATH, LTD, and
SUNPATH FUNDING, LLC,

       **Defendants.**

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to Joint Stipulation of Dismissal

with Prejudice filed July 16, 2020 (Doc. 14), this action is **DISMISSED with prejudice** with

each party to bear its own fees and costs.


       **DATED:   July 20, 2020**


       **MARGARET M. ROBERTIE,**
       **Clerk of Court**

       **By:   s/ *Deana Brinkley***
             **Deputy Clerk**


**APPROVED:   s/ *Nancy J. Rosenstengel***
             **NANCY J. ROSENSTENGEL**
             **Chief U.S. District Judge**